AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__middle__ District of __Alabama, Southern Division__

Arthur Griffin

V.

Hitachi Koki, USA, Ltd.,

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:05-CV-00771-VPM

TO: (Name and address of Defendant)

Hitachi Koki, USA, Ltd.
3950 Steve Reynolds Blvd.
Norcross, GA 30093-3061

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven W. Couch
Hollis + Wright
505 North 20th Street
Suite 1750
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

_Donna M. [signature]_
(By) DEPUTY CLERK

DATE  August 17, 2005

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:05CV771
8-17-05

Sent To: Hitachi Koki USA Ltd.
Street, Apt. No.; or PO Box No.: 3950 Steve Reynolds Blvd.
City, State, ZIP+4: Norcross, GA 30093-3061

7004 2510 0000 8056 6927

PS Form 3800, June 2002    See Reverse for Instructions