Griffin

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hitachi Koki USA Ltd
   3950 Steve Reynolds Blvd.
   Norcross, GA 30093

   1:05cv771 (Cmp + Smo 20 04)

2. Article Number (Transfer from service label): 7004 2510 0006 8056 6927

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Mickey Purner    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 8-18-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540