Griffin

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hitachi Koki, USA, LD
   c/o CT Corporation
   1201 Peachtree St., N.E.
   Atlanta, Georgia
   1:05cv771 (alias summ) cmp, 20 day 30361

2. Article Number (Transfer from service label): 7004 2510 0006 8056 7467

PS Form 3811, February 2004    Domestic Return Receipt    2595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Cindy Cidne
C. Date of Delivery: 8-29-05

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes