**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 12, 2005

# NOTICE OF REASSIGNMENT

Re:    Arthur Griffin v. Hitachi Koki, USA, Ltd.
        Civil Action No. #1:05-cv-00771-VPM

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now #1:05-cv-00771-MHT-VPM. This new case number should be used on all future correspondence and pleadings in this action.