UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ARTHUR GRIFFIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-CV-00771-T |
| | ) | |
| **HITACHI KOKI, USA, LTD.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### REPORT OF PARTIES' PLANNING MEETING

1. **Initial Meeting:** Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 26.1(a)(1), a meeting was held on October 31, 2005, and attended by:

   Rufus R. Smith, Jr.
   Rufus R. Smith, Jr. & Associates
   P.O. Drawer 6629
   Dothan, Alabama 36302
   Attorney for the Plaintiff

   James B. Carlson
   Sirote & Permutt, P.C.
   2311 Highland Avenue South
   P.O. Box 55727
   Birmingham, AL 35255-5727
   Attorney for Defendant

2. **Pre-Discovery Disclosures:** The parties will exchange by November 21, 2005 the information required by Local Rule 26.1(1)(a).

3. **Discovery Plan:** The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed on the following subjects: liability and damages.

   All discovery will be commenced in time to be completed by July 15, 2006.

Reports from retained experts under Rule 26(a)(2) due:

From Plaintiff by:   March 1, 2006, and made available for deposition on or before April 1, 2006;

From Defendant by:   May 15, 2006, and made available for deposition on or before June 15, 2006

Supplementation under Rule 26(e) due within 30 days of discovery.

4. **Other Items:**

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties should be allowed until January 1, 2006 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by August 1, 2006.

The parties cannot evaluate settlement prior to the completion of expert discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be sue:

From Plaintiff by:   four (4) weeks before trial;

From Defendant by:   four (4) weeks before trial.

Parties should have seven (7) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial during the Fall Term of 2006, and at this time is expected to take approximately five (5) days.

AGREED to this 31st day of October 2005 by:

AGREED TO this 31st day of October, 2005, by:

/s/ Rufus R. Smith, Jr., Esq.
RUFUS R. SMITH & ASSOCIATES
P.O. Drawer 6629
Dothan, AL 36302-6629
F: (334) 671-7957
T: (334) 671-7959
**Attorney for Plaintiff, Arthur Griffin**

/s/ Steven W. Couch, Esq.
HOLLIS & WRIGHT, P.C.
505 North 20th Street
Suite 1750
Birmingham, AL 35203
T: (205) 324-3600
F: (205) 324-3636
**Attorney for Plaintiff, Arthur Griffin**

/s/ James B. Carlson, Esq.
/s/ Stephen R. Geisler, Esq.
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
T: (205) 930-5100
F: (205) 930-5101
**Attorneys for Defendant, Hitachi Koki, USA, Ltd.**