IN THE UNITED STATE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NUMBER: |
| | ) | |
| v. | ) | 1:05cv771-T |
| | ) | |
| HITACHI KOKI, USA, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, and moves this Court for leave to file and serve his Amendment to Complaint to add Huff & Associates, Inc., as a party defendant to the above-styled case, and by adding Count IV to the original complaint heretofore filed in this cause.

Plaintiff's original Complaint and the proposed Amended Complaint is attached hereto and is submitted contemporaneously herewith.

STEVEN W. COUCH (COU014)
Attorney for Plaintiffs

OF COUNSEL:

HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, AL 35203
(205) 324-3600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above and foregoing upon all parties of record, by placing a copy of the same in the U.S. Mail, properly addressed and postage prepaid this the 3rd day of November 2005:

Rufus R. Smith
Rufus R. Smith & Associates
P.O. Drawer 6629
Dothan, Alabama 36302

James B. Carlson
Sirote & Permutt, P.C.
2311 Highland Avenue
Birmingham, Alabama 35255

Huff & Associates Construction Company, Inc.
c/o John T. Huff
1220 Fox Run Avenue Office
Opelika, Alabama 36801

OF COUNSEL