IN THE UNTIED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR GRIFFIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 1:05cv771-T |
| HITACHI KOKI, USA, LTD., ) | |
| ) | |
| ) | |
| Defendant. ) | |

### AMENDMENT TO COMPLAINT

COMES NOW the Plaintiff in the above-styled cause of action and amends his original complaint heretofore filed in this cause by adding Huff & Associates Construction Company, Inc., as a party Defendant. By adding Huff & Associates Construction Company, Inc., to the original complaint, plaintiff re-adopts and re-alleges each and every material averment of the original complaint, as if fully set out herein.

Further, Plaintiff amends his original complaint heretofore filed in this cause by adding the following Counts:

### COUNT IV

14. Plaintiff re-adopts and re-alleges each and every material averment of the original complaint as if fully set out herein.

15. On or about August 18, 2003, plaintiff, ARTHUR GRIFFIN, while cutting a piece of lumber, was severely injured when a Hitachi Koki circular saw pulled his hand into the saw blade. As a proximate result thereof, plaintiff, ARTHUR GRIFFIN, was severely injured.

16. Plaintiff avers that at the aforesaid time and place, the circular saw being

operated by Plaintiff, Arthur Griffin, to-wit: a Hitachi Koki circular saw, and/or the component parts thereof, including the saw's guarding system, were defectively designed, manufactured, assembled, and/or repaired, proximately causing plaintiff to be severely injured.

17. Defendant, HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC., was under a duty to retain and/or preserve the subject circular saw, all component parts and/or pieces thereof, and all evidence concerning the accident in which the plaintiff was injured.

18. The defendant, HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC., breached its duty via the sale, release, disposal, destruction and/or otherwise failing to preserve the above referenced evidence.

19. The defendant, HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC., had actual knowledge of pending and/or potential litigation on plaintiffs' behalf.

20. A duty was imposed upon the defendant, HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC., through a voluntary undertaking, an agreement, and/or a specific request.

21. The above referenced evidence was and is vital to the plaintiff's pending and/or potential action and/or claims.

22. As a proximate result of the defendant's negligent, willful, wanton, reckless and/or intentional conduct, the plaintiff was caused to suffer injuries and damages and is otherwise unable to prove his claims.

WHEREFORE, plaintiff demands judgment against the defendant, HUFF &

ASSOCIATES CONSTRUCTION COMPANY, INC., in a sum in excess of the jurisdictional limits of this court, to be determined by a jury, which will fairly and adequately compensate the plaintiff for injuries and damages sustained, together with interest from the date of injury, and the costs of this proceeding. Further, plaintiff requests that the jury selected to hear this case render a verdict for plaintiff and against defendant, HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC., and that it award punitive damages to plaintiff in an amount which will adequately reflect the enormity of the defendant's wrongful act and which will effectively prevent other similar wrongful acts.

### JURY DEMAND

Pursuant to the Federal Rules of Civil Procedure, plaintiff demands a trial by struck jury on all counts herein in this action.

Respectfully submitted.

STEVEN W. COUCH
Attorney for Plaintiffs
Bar Code No.: COU-014

HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203
Phone: (205) 324-3600

3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Amendment to Complaint upon all parties of record by placing a copy of the same in the United States Mail, first class, postage prepaid, this the 31st day of October 2005.

James B. Carlson
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35255

_____
Attorney for Plaintiff

**PLEASE SERVE DEFENDANT VIA CERTIFIED MAIL AS FOLLOWS:**

Huff & Associates Construction Company, Inc.
c/o John T. Huff
1220 Fox Run Avenue Office
Opelika, Alabama 36801