IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR GRIFFIN,                     )<br>                                     )<br>    Plaintiff,                      )<br>                                     )<br>    v.                               )<br>                                     )<br>HITACHI KOKI, USE, LTD.,             )<br>                                     )<br>    Defendant.                       ) | CIVIL ACTION NO.<br>1:05cv771-T |

### ORDER

It is ORDERED that plaintiff's motion for leave to amend complaint (Doc. No. 13) is granted.  The court assumes that the defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 8th day of November, 2005.

                           /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE