| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. Griffin | A. Signature<br>X *Karen Young*  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name): KAREN Young  C. Date of Delivery: 11/10/05<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Huff & Associates Construction Co., Inc.<br>1220 Fox Run Avenue Office<br>Opelika, AL 36801 | |
| 1:05CV771 (Cmp, am dmt to Cmp)  20 dys | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0006 0470 0730 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540