IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ARTHUR GRIFFIN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **CASE NO.: 1:05-CV-771-T** |
| | § | |
| **HITACHI KOKI, USA, LTD, et al.,** | § | |
| | § | |
| Defendants. | § | |

## MOTION TO DISMISS THE AMENDED COMPLAINT

COMES NOW Defendant, Huff & Associates Construction Company, Inc. ("Huff"), and hereby moves this Court to dismiss the Plaintiff's Amended Complaint on the following ground:

1. The Amended Complaint contends that Huff & Associates Construction Company, Inc. is liable to Plaintiff for allegedly failing to preserve and maintain the circular saw purportedly made the basis of the Plaintiff's claims against Defendant Hitachi Koki, USA, LTD.

2. The Amended Complaint fails to state a claim upon which relief can be granted in that Huff possesses the circular saw in question and made that fact known to Plaintiff's counsel shortly after receiving the Amended Complaint.

WHEREFORE, Defendant Huff & Associates Construction Company, Inc. respectfully moves this Court dismiss the Amended Complaint with prejudice.

                                               **/s/ BENJAMIN C. WILSON**
                                               **(asb-1649-i54b)**
                                               **Attorney for Defendant**
                                               **Huff & Associates Construction Company, Inc.**

**OF COUNSEL:**
**RUSHTON, STAKELY, JOHNSTON**
**& GARRETT, P.A.**
**184 Commerce Street**
**P.O. Box 270**
**Montgomery, Alabama  36101-0270**
**Phone:  (334) 206-3100**
**Fax:  (334) 481-0831**
**bcw@rsjg.com**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 28, 2005**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven W. Couch
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203

James B. Carlson
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35255

/S/ BENJAMIN C. WILSON