IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CV-1:05CV771-M |
| | ) |
| HITACHI KOKI, USA, LTD., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW, Christopher D. Glover with the law firm of Hollis & Wright, and enters his appearance as additional counsel of record for the Plaintiff, Arthur Griffin.

All future correspondence, pleadings, notices and/or inquiries should be directed to the address and telephone number listed below.

    s/Christopher D. Glover
    Attorney for Plaintiffs

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama  35203
(205) 324-3600
(205) 324-3636 Facsimile

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 23rd day of January, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James B. Carlson
Sirote & Permutt
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727

Rufus Smith
P.O. Drawer 6629
Dothan, AL 36302-0000

                                              s/Christopher D. Glover