IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR GRIFFIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CV-1:05CV771-M |
| | ) |
| HITACHI KOKI, USA, LTD., | ) |
| | ) |
|     Defendant. | ) |

## AGREED MOTION TO CONTINUE

Plaintiffs by counsel, extend the discovery deadlines, including expert deadlines, by 45 days. This Motion is unopposed. In support of said motion, Plaintiff states as follows:

1. It has been learned the subject product in this product liability lawsuit, a Hitachi-Koki 1¼ inch circular saw bearing model number C7SB2, is subject to a outstanding recall. (Recall at Exhibit "A"). The circular saw recall posed a dangerous safety threat to users in that "the lower blade guards on these saws can stick in the open position, exposing the blade imposing a serious laceration hazard."

2. The Plaintiff, Arthur Griffin, was an employee of Huff & Associates, Inc. ("Huff"). Upon information and belief, Huff owned the saw forming the basis of this lawsuit and, if a recall were sent, would have received the recall notice. This accident took place in August of 2003 in the saw is believed to have been sent in March of 2003.

3. Plaintiff files contemporaneously with this Motion to Continue a Motion for Leave to File Amended Complaint including additional claims against Huff for its willful failure to remove this circular saw from use at its facility.

Wherefore, Plaintiff respectfully requests this Honorable Court extend the discovery deadline, including expert, in order to bring additional parties in the case and have sufficient time to discover information on these issues prior to expert disclosures. This case is currently set for trial in the Fall of 2006 and no extension of that deadline is requested.

                                                      s/Christopher D. Glover
                                                      Attorney for Plaintiffs

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203
(205) 324-3600
(205) 324-3636 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of February, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James B. Carlson
Sirote & Permutt
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727

Rufus Smith
P.O. Drawer 6629
Dothan, AL 36302-0000

                                                      s/Christopher D. Glover