IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CV-1:05CV771-M |
| | ) |
| HITACHI KOKI, USA, LTD., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE AMENDED COMPALINT

Plaintiff, by counsel, respectfully requests this Honorable Court for leave to amend their claims against Huff and Associates Construction Company, Inc. In support of said motion, Plaintiff states as follows:

1. Plaintiff recently learned of the fact that a recall was issued on the subject Hitachi- Koki circular saw.

2. Upon information and belief, the Hitachi-Koki circular saw was owned by Defendant, Huff.

3. Upon information and belief, Defendant, Hitachi-Koki issued a recall notice to which Defendant, Huff, would have received.

4. Plaintiff requests this Court leave to amend the complaint and include claims of willful conduct for the failure to remove the saw after notice of the recall and with knowledge that it was substantially certain that individuals will be hurt when using this recalled circular saw.

Wherefore, Plaintiff requests this Honorable Court to grant leave to amend their complaint and include additional claims against Defendant, Huff.

                                            s/Christopher D. Glover
                                            Attorney for Plaintiffs

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama  35203
(205) 324-3600
(205) 324-3636 Facsimile

## CERTIFICATE OF SERVICE

       I hereby certify that on this the 13th day of February, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James B. Carlson
Sirote & Permutt
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727

Rufus Smith
P.O. Drawer 6629
Dothan, AL 36302-0000

                                            s/Christopher D. Glover