IN THE UNTIED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR GRIFFIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 1:05cv771-T |
| HITACHI KOKI, USA, LTD., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDMENT TO COMPLAINT

COMES NOW the Plaintiff in the above-styled cause of action and amends his original complaint heretofore filed in this cause by adding John T. Huff and Robert Ellis as party Defendants. By adding John T. Huff and Robert Ellis to the original complaint, plaintiff re-adopts and re-alleges each and every material averment of the original complaint, as if fully set out herein.

Further, Plaintiff amends his original complaint heretofore filed in this cause by adding the following Counts:

23. Plaintiff re-adopts and re-alleges each and every material averment of the original complaint as if fully set out herein.

24. On or about August 18, 2003, plaintiff, ARTHUR GRIFFIN, while cutting a piece of lumber, was severely injured when a Hitachi Koki circular saw pulled his hand into the saw blade. As a proximate result thereof, plaintiff, ARTHUR GRIFFIN, was severely injured.

25. Plaintiff avers that at the aforesaid time and place, the circular saw being operated by Plaintiff, Arthur Griffin, to-wit: a Hitachi Koki circular saw, and/or the component parts thereof, including the saw's guarding system, were defectively designed, manufactured, assembled, and/or repaired, proximately causing plaintiff to be severely injured. The Hitachi Koki circular saw was the subject of a recall issued by the manufacturer of the product.

26. Upon information and belief, the saw was the ownership of Defendant, HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC., Defendants, John T. Huff and Robert Ellis, received notice of the recall on the subject circular saw instructing the owners and users to "stop using these circular saws immediately and return the to Hitachi for free repair." Defendants, John T. Huff and Robert Ellis, received notice but willfully failed to remove the recalled and defective circular saw from use in employment at HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC. The recall informs the reader that the circular saw poses a "serious laceration hazard."

27. Plaintiff allege that Defendants, John T. Huff and Robert Ellis, acting individually or in combination were guilty of willful conduct as set fourth in Alabama Code § 25-5-11(c)(1) by having knowledge of the danger or peril to Arthur Griffin and other similarly situated individuals pursued a course of conduct with a design, intent and purpose of inflicting injury.

28. As a proximate consequence of the afore described willful conduct, Plaintiff was caused to be injured by lacerations to the hand and incurred the following damages:

She sustained personal injury, incurred hospital, doctor, and medical expenses and lost wages and suffered physical pain and mental anguish.

Wherefore, Plaintiff, Arthur Griffin, demands of Defendants, separately and severely compensatory and punitive damages in an amount to be determined by a jury after a full and fair hearing of the case, which amount shall exceed the jurisdictional requirements of this Court plus costs of Court.

### JURY DEMAND

Pursuant to the Federal Rules of Civil Procedure, plaintiff demands a trial by struck jury on all counts herein in this action.

Respectfully submitted.

__s/Chris Glover_____
Christopher D. Glover
Attorney for Plaintiffs
Bar Code No.: GLO-007

HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203
Phone:  (205) 324-3600

She sustained personal injury, incurred hospital, doctor, and medical expenses and lost wages and suffered physical pain and mental anguish.

Wherefore, Plaintiff, Arthur Griffin, demands of Defendants, separately and severely compensatory and punitive damages in an amount to be determined by a jury after a full and fair hearing of the case, which amount shall exceed the jurisdictional requirements of this Court plus costs of Court.

### JURY DEMAND

Pursuant to the Federal Rules of Civil Procedure, plaintiff demands a trial by struck jury on all counts herein in this action.

Respectfully submitted.

__s/Chris Glover_____
Christopher D. Glover
Attorney for Plaintiffs
Bar Code No.: GLO-007

HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203
Phone:  (205) 324-3600

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing Amendment to Complaint upon all parties of record by placing a copy of the same in the United States Mail, first class, postage prepaid, this the 15th day of February, 2006.

James B. Carlson
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35255


                                          ___s/Chris Glover_____
                                             Attorney for Plaintiff


**PLEASE SERVE DEFENDANT VIA CERTIFIED MAIL AS FOLLOWS:**

John T. Huff and Robert Ellis
1220 Fox Run Avenue Office
Opelika, Alabama 36801