**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 15, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | Arthur Griffin v. Hitachi Koki, USA, Ltd. |
| **Case Number:** | #1:05-cv-00771-MHT-VPM |
| **Referenced Document:** | Document #22<br>Motion to Amend/Correct |

**This notice has been docketed to enter the proposed "Amendment to Complaint" into the record as an attachment to the referenced document which was omitted at the original time of filing. The pdf of the proposed amendment is attached to this notice.**