IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR GRIFFIN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 1:05cv771-MHT |
| HITACHI KOKI, USA, LTD., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

It is ORDERED that plaintiff Arthur Griffin's motion for leave to file an amended complaint (Doc. No. 22) is granted.  The court assumes that defendants have no objection to the allowance of the amendment; but if they do, they must file the objection within seven days from the date of this order.

DONE, this the 15th day of February, 2006.

                                                /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE