IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR GRIFFIN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 1:05cv771-MHT |
| HITACHI KOKI, USA, LTD., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that defendant Huff & Associates Construction Company, Inc.'s motion to dismiss (Doc. No. 19) is denied with leave to renew in light of the amended complaint.

DONE, this the 15th day of February, 2006.

                                           /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE