IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR GRIFFIN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 1:05cv771-MHT |
| HITACHI KOKI, USA, LTD., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that plaintiff Arthur Griffin's motion to continue (Doc. No. 21) is granted to the extent that plaintiff is allowed until April 3, 2006, to disclose his expert(s).

DONE, this the 15th day of February, 2006.

                                              /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE