Griffin

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert Ellis
1220 Fox Run Avenue Office
Opelika, AL 36801

1:05CV771 (cmp\summ\1st amdcmp\2nd amdcmp\20 dep)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Karen Young  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): KAREN Young
C. Date of Delivery: 2/27/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0003 6466 2590

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Griffin

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John T. Huff
1220 Fox Run Avenue Office
Opelika, AL 36801

1:05CV771 (cmp\amdcmp\1st+2nd summ\20 dep)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Karen Young  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): KAREN Young
C. Date of Delivery: 2/27/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0003 6466 2583

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540