UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:05-CV-00771-VPM |
| | ) |
| HITACHI KOKI, USA, LTD., | ) |
| | ) |
| Defendant. | ) |

## RESPONSE TO PLAINTIFF'S AMENDMENT TO COMPLAINT

COMES NOW the Defendant, Hitachi Koki, USA., Ltd., and responds to Plaintiff's Amendment to Complaint adding Counts 23 through 28, by stating the following:

### COUNT 23

Defendant incorporates herein by reference its responses to each and every material averment of the original Complaint as if fully set out herein.

### COUNT 24

Defendant is without sufficient information and/or knowledge to either admit or deny the first sentence of Paragraph 24 of Plaintiff's Amendment to Complaint and denies that its product was the proximate cause of Plaintiff's injuries and damages.

### COUNT 25

. Defendant denies that the circular saw and/or any and all component parts thereof were defective, defectively designed, manufactured, assembled and/or repaired and that said product and/or components were the proximate cause of Plaintiff's injuries and damages. Defendant admits that the circular saw was the subject of a recall.

## COUNT 26

Defendant admits that the recall related to the subject circular saw informs the reader that the circular saw poses a "serious laceration hazard." As to the remaining allegations set forth in Paragraph 26 of Plaintiff's Amendment to Complaint, Defendant is without sufficient information and/or knowledge to either admit or deny.

## COUNT 27

No response required of this Defendant.

## COUNT 28

No response required of this Defendant.

s/James B. Carlson
James B. Carlson (ASB-7129-S78J)
Stephen R. Geisler (ASB-8605-E53G)
Attorneys for Defendant Hitachi Koki, USA, Ltd.
E-mail:jcarlson@sirote.com
sgeisler@sirote.com

OF COUNSEL:

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
(205) 930-5100
(205) 930-5101 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of March 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Rufus R. Smith, Jr., Esq.
Rufus R. Smith & Associates
P.O. Drawer 6629
Dothan, AL 36302-6629
Attorney for Plaintiff

Steven W. Couch, Esq.
Christopher D. Glover, Esq.
Hollis & Wright, P.C.
505 North 20th Street
Suite 1750
Birmingham, AL 35203
Attorney for Plaintiff

Benjamin C. Wilson, Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

_____
Of Counsel