IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR GRIFFIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   1:05-cv-00771-MHT-VPM |
| | ) |
| HITACHI KOKI, USA, LTD., | ) |
| | ) |
|    Defendant. | ) |

### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, by counsel, respectfully requests this Honorable Court for leave to amend his claims and add as a party defendants, Hitachi Koki Company, Ltd. and Fujian Hitachi Koki Company, Ltd.  In support of said motion, Plaintiff states as follows:

1. Plaintiff propounded discovery to Hitachi Koki, USA, LTD., requesting information regarding the design and manufacturer of the product forming the basis of this litigation.

2. Hitachi Koki, USA, LTD. responded that the subject product was designed by Hitachi Koki Company, Ltd., and manufactured by Fujian Hitachi Koki Company, Ltd.

3. Hitachi Koki, USA, LTD's, discovery responses failed to provide any information or documents concerning the design and manufacturer of the subject saw.  Further, information contained in documents produced indicate that Hitachi

Koki Company, Ltd. and/or Fujian Hitachi Koki Company, Ltd., have additional information concerning the recall of the subject product.[1]

    4. Plaintiff requests this Court for leave to amend the complaint and include product liability claims against Hitachi Koki Company, Ltd., and Fujian Hitachi Koki Company, Ltd. pursuant to Federal Rule of Civil Procedure 15(c).

    5. A copy of the plaintiff's proposed Third Amendment to Complaint is attached hereto as Exhibit "A".

Wherefore, Plaintiff requests this Honorable Court to grant leave to amend their complaint and add as additional parties Hitachi Koki Company, Ltd. and Fujian Hitachi Koki Company, Ltd.

---

1. It is necessary that the two other Hitachi defendants be added to this case in order to have responsible parties in this cause of action. Plaintiff does not agree, as is stated in Hitachi Koki USA discovery responses, that Hitachi Koki USA does not have access and a duty to produce the documents requested by plaintiff no matter whether they are currently in the possession of Hitachi Koki USA's parent company.

                     s/Christopher D. Glover
                     Attorney for Plaintiff

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama  35203
(205) 324-3600
(205) 324-3636 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of March, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James B. Carlson
Sirote & Permutt
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727

Rufus Smith
P.O. Drawer 6629
Dothan, AL 36302-0000

                     s/Christopher D. Glover