IN THE UNTIED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 1:05-cv-00771-MHT-VPM. |
| | ) | |
| HITACHI KOKI, USA, LTD. | ) | |
| | ) | |
| Defendants. | ) | |

## THIRD AMENDED COMPLAINT

29. Defendant, HITACHI KOKI COMPANY, LTD, is a foreign corporation, incorporated in Tokyo, Japan and having its principal place of business in Tokyo, Japan at all times material to the allegations in this complaint.

30. Defendant, FUJIAN HITACHI KOKI COMPANY, LTD, is a foreign corporation, incorporated in Fuzhou, Fujian, China and having its principal place of business in Fuzhou, Fujian, China at all times material to the allegations in this complaint.

31. Plaintiff re-adopts and re-alleges each and every material averment of the original complaint and any amends.

## COUNT V

32. On or about August 18, 2003, plaintiff, ARTHUR GRIFFIN, while cutting a piece of lumber, was severely injured when a Hitachi Koki circular saw pulled his hand into the saw blade. As a proximate result thereof, plaintiff, ARTHUR GRIFFIN, was severely injured as fully set out in the original complaint and any amendments thereto.

33. On or about August 18, 2003, and for some time prior thereto, the defendants, HITACHI KOKI COMPANY, LTD AND/OR FUJIAN HITACHI KOKI COMPANY, LTD, was engaged in the business of designing, manufacturing, selling and/or distributing circular saws and their component parts throughout the United States, including the State of Alabama, for use by certain members of the general public. Said defendants during said period of time and for a valuable consideration designed, manufactured, sold and/or distributed the circular saw which injured the plaintiff proximately causing his injuries as set out hereinafter.

34. At the aforesaid time and place, said circular saw and its component parts were in substantially the same condition as when manufactured, sold and/or distributed, and was being used in a manner that was foreseeable. The circular saw and its component parts were not reasonably safe when being used in a foreseeable manner, but, to the contrary, were defective and unreasonably dangerous to the human body when being so used. Said defendants knew, or in the exercise of reasonable care should have known, that said circular saw and its component parts were unreasonably dangerous to the human body when being so used in a foreseeable manner.

35. The foregoing wrongful conduct of said defendants were the proximate cause of plaintiff's injuries and renders said defendants liable to plaintiff pursuant to the Alabama Extended Manufacturer's Liability Doctrine.

WHEREFORE, plaintiff demands judgment against each of the defendants, jointly and severally, in an amount of compensatory and punitive damages that exceeds the jurisdictional limits of this Court, together with interest from the date of injury, and the costs of this proceeding.

## COUNT VI

36. The defendants, HITACHI KOKI COMPANY, LTD AND/OR FUJIAN HITACHI KOKI COMPANY, LTD, as the designers, manufacturers, sellers and/or distributors of the circular saw and its component parts involved in the occurrence made the basis of plaintiff's complaint negligently and/or wantonly failed to warn plaintiff of the dangers associated with the use of said circular saw and its component parts due to its defective and unsafe condition as aforementioned and such negligent and/or wanton conduct was a proximate cause of plaintiff's injuries as set out below.

WHEREFORE, plaintiff demands judgment against each of the defendants, jointly and severally, in an amount of compensatory and punitive damages that exceeds the jurisdictional limits of this Court, together with interest from the date of injury, and the costs of this proceeding.

## COUNT VII

37. The defendants, HITACHI KOKI COMPANY, LTD AND/OR FUJIAN HITACHI KOKI COMPANY, LTD, expressly and/or impliedly warranted that the circular saw and its component parts involved in the occurrence made the basis of the plaintiff's complaint was reasonably fit and suitable for the purpose for which it was intended to be used. Plaintiff avers that said defendants breached said expressed and/or implied warranties and that said circular saw and its component parts were not reasonably fit and suitable for the purpose for which it was intended to be used, but, to the contrary, said circular saw and its component parts at the time it was manufactured, distributed, sold and/or delivered, was in a dangerously defective and unsafe condition as aforementioned. Plaintiff further avers that as a proximate

result of the aforesaid breach of warranty by said defendants, plaintiff was caused to suffer the injuries as set out below.

38. On or before August 18, 2003, the defendants were guilty of negligent and/or wanton conduct and/or was in violation of the Alabama Extended Manufacturer's Liability Doctrine and/or Strict Liability Doctrine and said negligent, wanton, or other wrongful conduct combined and concurred, to proximately cause plaintiff's injuries and damages as set out in the original complaint and any amendments thereto.

WHEREFORE, plaintiff demands judgment against the defendants, in an amount of compensatory and punitive damages that exceeds the jurisdictional limits of this Court, together with interest from the date of injury, and the costs of this proceeding.

_____
Attorney for Plaintiff

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama  35203
(205) 324-3600
(205) 324-3636 Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the _____ day of _____, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James B. Carlson
Sirote & Permutt
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727

Rufus Smith
P.O. Drawer 6629
Dothan, AL 36302-0000

                              _____
                              OF COUNSEL

**PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL TO:**
Hitachi Koki Company, Ltd.
Shinagawa Intercity Tower A
20th Floor, 15-1, Konan 2-Chrome, Minato-KU
Tokyo, Japan 108-6020

Fujian Hitachi Koki Company, Ltd.
Hutang, Fuxing Investment Zone
Fuzhou, Fujian, China

# EXHIBIT A