IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv771-MHT |
| ) | |
| HITACHI KOKI, USE, LTD., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that defendants show cause, if any there be, in writing by April 10, 2006, as to why plaintiff's motion for leave to file amended complaint (Doc. No. 35) should not be granted.

DONE, this the 31st day of March, 2006.

                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE