**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ARTHUR GRIFFIN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO.: 1:05-CV-771-T** |
| | § | |
| **HITACHI KOKI, USA, LTD, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**HUFF & ASSOCIATES CONSTRUCTION COMPANY, INC. AND JOHN T. HUFF'S
RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO
FILE AMENDED COMPLAINT**

COMES NOW the Defendants, Huff & Associates Construction Company, Inc. and John T. Huff, and hereby respond to the Court's March 31, 2006 show cause order with respect to plaintiff's motion for leave to file amended complaint (Doc. No. 35). Plaintiff's amended complaint is not directed to these defendants and therefore they do not have any objection to the amendment.

**/s/ BENJAMIN C. WILSON
(asb-1649-i54b)
Attorney for Defendants,
John T. Huff and
Huff & Associates Construction Company, Inc.,**

**OF COUNSEL:**
**RUSHTON, STAKELY, JOHNSTON  & GARRETT, P.A.**
**P.O. Box 270**
**Montgomery, Alabama  36101-0270**
**Phone:  (334) 206-3100**
**Fax:  (334) 481-0831**
**bcw@rsjg.com**

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2006 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven W. Couch
Christopher Glover
**HOLLIS & WRIGHT, P.C.**
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203

James B. Carlson
Steven Robert Giesler
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Birmingham, Alabama 35255

Rufus Randolph Smith
**RUFUS R. SMITH, JR. & ASSOCIATES**
P.O. Drawer 6629
Dothan, Alabama  36302

**/S/ BENJAMIN C. WILSON**