IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR GRIFFIN,              )
                             )
    Plaintiff,                )
                             )       CIVIL ACTION NO.
    v.                       )       1:05cv771-MHT
                             )
HITACHI KOKI, USA, LTD.,     )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that plaintiff's motion for leave to file amended complaint (Doc. No. 35) is denied as untimely.  Plaintiff has not sought leave to amend the motions-to-amend deadline set forth in the court's uniform scheduling order dated November 2, 2005 (doc. no. 12); nor, and perhaps most importantly, has plaintiff explained why that deadline could not be met.

DONE, this the 18th day of April, 2006.

                                            /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE