IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
| v. | )   1:05cv771-MHT |
| | ) |
| HITACHI KOKI, USA, LTD., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

It is ORDERED that the motion to continue (Doc. No. 36) is denied. The court denied plaintiff's request to amend his complaint, and the July 15 discovery deadline set forth in the uniform scheduling order (doc. no. 12) was agreed to by the parties in their Rule 26(f) report (doc. no. 10).

DONE, this the 18th day of April, 2006.

　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE