## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-00771-MHT-VPM |
| | ) | |
| HITACHI KOKI, USA, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO RECONSIDER
## COURT'S ORDER OF APRIL 18, 2006

Plaintiff, by Counsel, respectfully requests this Honorable Court reconsider its

Order of April 18, 2006.  In support thereof, Plaintiff states as follows:

1.      Plaintiff moved this Honorable Court for leave to amend his

Complaint and add as party defendants Hitachi Koki Company, Ltd., and Fujian

Hitachi Koki Company, Ltd., on March 30, 2006. Those entities, respectively, are

the designer and manufacturer of the product at issue in this product liability

lawsuit.[1]  Hitachi Koki, USA, LTD., is the subsidiary corporation to Hitachi Koki

Company, Ltd., and is incorporated in the United States of America.

2.      Ten days earlier, on March 20, 2006, Defendant Hitachi Koki

Company, Ltd., served discovery responses and first disclosed to Plaintiff that two

foreign entities, Hitachi Koki Company, Ltd., and Fujian Hitachi Koki Company,

Ltd., were responsible for the design and manufacture of the product at issue in this

---

[1] The product at issue is a Hitachi circular saw.  It is the subject of a recall for the blade guard sticking in the open position and posing a laceration hazard.

case.   It is believed that Plaintiff did not receive the discovery responses until sometime on or after March 22, 2006.

3.      On March 31, 2006, in response to Plaintiff's Motion for Leave to File Amended Complaint, this Honorable Court Ordered defendants to show cause as to why Plaintiff's motion should not be granted.  No objections or responses were filed by defendants, including the subsidiary defendant, Hitachi Koki USA, Ltd., that was already involved in this lawsuit.

4.      This Court's Order of April 18, 2006, which denied Plaintiff's requested relief, stated, "Plaintiff has not sought leave to amend the motions to amend deadline set forth in the court's uniform scheduling order dated November 2, 2005 (doc. No. 12); nor, and perhaps more importantly, has plaintiff explained why that deadline could not be met."  (emphasis added).   This motion to reconsider attempts to offer that explanation.

5.      Plaintiff did not meet the scheduling order deadline because it was not until sometime on or after March 22, 2006 that Plaintiff learned of the existence of the parent corporations through defendant's discovery responses.  Plaintiff promptly filed the Motion for Leave on March 30, 2006.

6.      Hitachi Koki Company, Ltd., and Fujian Hitachi Koki Company, Ltd., apparently hold all the documents and information regarding the saw which injured the plaintiff.  These entities are responsible parties for the defects existing in the recalled circular saw.   Further, Plaintiff will be severely hampered in the prosecution of this claim without the design, manufacture and recall documents held

by these entities.  Third Party Subpoenas are not a practical alternative to obtain these documents in light of the fact that the entities are foreign corporations.

WHEREFORE, Plaintiff, respectfully requests this Honorable Court reconsider its Order of April 18, 2006 and grant Plaintiff's Motion to Leave to add the above referenced party defendants.

   s/Christopher D. Glover         
Attorney for Plaintiff

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama  35203
(205) 324-3600
(205) 324-3636 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of April, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James B. Carlson
Sirote & Permutt
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
184 Commerce Street
Montgomery, AL 36101-0270

Rufus Smith
P.O. Drawer 6629
Dothan, AL 36302-0000

   s/Christopher D. Glover         
