## DRAFT PRESS RELEASE

**CPSC and Hitachi Koki U.S.A., Ltd. Announce Recall to Repair Circular Saws**

WASHINGTON, D.C. - In cooperation with the U.S. Consumer Product Safety Commission (CPSC), Hitachi Koki U.S.A., Ltd. of Norcross, Georgia, is recalling approximately 16,500 circular saws. The lower blade guards on these saws can stick in the open position, causing unnecessary exposure of the blade. Hitachi will modify these saws free of charge.

Hitachi has not received any reports of injuries. This recall is being conducted to prevent the possibility of injury.

The recall involves 7 1/4-inch circular saws with model numbers C7SB3 or C7BD2 and serial numbers that begin with C62, C72, C82, C92, CO2, or CN2. The model number is located on the green nameplate on the motor housing below the name "Hitachi." The serial number is stamped at the lower right of that same nameplate. The saw's housing is green and the name "Hitachi" appears on the metal blade guard and green nameplate on the motor housing.

Home centers, hardware stores, and industrial suppliers nationwide sold the circular saws from August 2002 until March 2003 for between $89 and $99.

Consumers should stop using the circular saws immediately and return them to Hitachi for a free modification. For more information on how to return the saw, consumers should contact Hitachi Koki U.S.C., Ltd. at (800) 706-7337 between 8 a.m. and 8 p.m., Monday through Friday.

Any circular saws with a circle stamped on the UPC label on its box are not covered by this recall.



PLAINTIFF'S EXHIBIT E

Hitachi    0105