| Retail Price | $89.00-$99.00 |
|---|---|
| Certification/Standards Information | Underwriters' Laboratory<br><br>American National Standards Institute |
| Defect/Problem | The lower blade guard may stick if opened to the fullest extent, causing unnecessary exposure of the blade. |
| How and When Discovered | Hitachi has not received any complaints of injury or damage associated with the potential problem.<br><br>In or about the first week of February 2003, a Lowe's store manager (Lowe's is a retail outlet for Hitachi saws) called Hitachi's Service Manager and verbally conveyed a customer's complaint that the lower guard on his Hitachi saw would stick in the open position if opened to the fullest extent. The Sales Manager immediately notified the General Manager of the complaint. The General Manager and Service Manager directed that testing of Hitachi's circular saws take place. The testing, which occurred in Norcross, Georgia, revealed that the lower guards on some of the saws with model numbers C7SB2 and C7BD2 may stick in the open position if opened to their fullest extent. The Assistant to the President alerted Hitachi's parent company in Japan, where additional testing took place that confirmed the same results.<br><br>As a result, Hitachi stopped distributing model number C7SB2 and C7BD2 saws. Two engineers from Hitachi's parent company traveled to Norcross to modify the saws in Hitachi's possession to prevent the lower guard from sticking. Most of the saws were modified; however, the engineers could not modify all of the saws before returning to Japan. The un-modified saws are being held in two warehouses: one in Norcross, Georgia; and, one in Los Angeles, California. At or about the same time as the modification of the existing saws was taking place, the General Manager contacted legal counsel regarding the Company's legal obligations regarding the saws. The parent company, its board, and appropriate Hitachi personnel in the United States have recently assessed the testing results and the Company's obligations and concluded to file this report. After reaching that decision, Hitachi received on February 27, 2003, a saw returned to a Lowe's store. The return ticket for that saw states the saw |



PLAINTIFF'S EXHIBIT E