IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ARTHUR GRIFFIN,                )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )     1:05cv771-MHT
                               )
HITACHI KOKI, USA, LTD.,       )
et al.,                        )
                               )
    Defendants.                )
```

ORDER

It is ORDERED as follows:

(1) Plaintiff's motion to reconsider (Doc. No. 41) is granted.

(2) The court's order (doc. no. 39) is vacated.

(3) Plaintiff's motion for leave to file amended complaint (doc. no. 35) is granted.

DONE, this the 24th day of April, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE