# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR GRIFFIN**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05CV771-T |
| | ) |
| **HITACHI KOKI, USA, LTD.**, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, Hitachi Koki, USA, Ltd., and moves this Court to grant additional time within which to respond to this Court's Order on Plaintiff's Motion to Compel Production of Documents (Doc. No. 42) and as grounds for said Motion states the following:

1. In response to Plaintiff's Motion to Compel and Defendant's Response thereto (Doc. No. 44), this Court made entry of Order on Plaintiff's Motion on April 26, 2006.

2. Pursuant to that Order, this Defendant is now required to attempt to retrieve documents from non-party Hitachi Koki Company, Ltd. located in Japan and non-party Fujian Hitachi Koki Company, Ltd. in China.

DOCSBHM\1401413\1\

3. That said responses are due by May 10, 2006.

4. That Hitachi Koki Company, Ltd. is the designer of the circular saw made the subject matter of this lawsuit. Fujian Hitachi Koki Company, Ltd. is the manufacturer. The breadth of the requests include the production of virtually all design manufacture and assembly documentation for not only the subject circular saw but "similar products".

5. Due to the expansive nature of this request, it is not possible for this Defendant to respond within the time provided in this Court's Order concerning Plaintiff's Motion to Compel.

6. That the entire week of May 1, 2006 is a national holiday in Japan referred to as Golden Week. As a consequence of this national holiday, Defendant is unable to make contact with anyone at either Hitachi Koki Company, Ltd. or Fujian Hitachi Koki Company, Ltd.

7. The Plaintiff's counsel is not opposed to an extension of fifteen (15) days, which would make a total of twenty-five (25) days within which to respond from the date of this Court's entry of Order on Plaintiff's Motion to Compel.

WHEREFORE, PREMISES CONSIDERED, Defendant moves this Court to grant an extension of an additional fifteen (15) days within which to respond to Plaintiff's discovery.

Respectfully submitted,

/s/ James B. Carlson
James B. Carlson (ASB-7129-S78J)
Stephen R. Geisler (ASB-8605-E53G)
Attorneys for Defendant
Hitachi Koki, USA, Ltd.

**OF COUNSEL**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, Alabama 35255-5727
(205) 930-5100 (Telephone)
(205) 930-5101 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Rufus R. Smith, Jr., Esq.
> Rufus R. Smith & Associates
> P.O. Drawer 6629
> Dothan, AL  36302-6629
> Attorney for Plaintiff

    Christopher D. Glover, Esq.
    Steven W. Couch, Esq.
    Hollis & Wright, P.C.
    505 North 20th Street
    Suite 1750
    Birmingham, AL  35203
    Attorney for Plaintiff

    Benjamin C. Wilson, Esq.
    Rushton, Stakely, Johnston & Garrett, P.A.
    184 Commerce Street
    P.O. Box 270
    Montgomery, AL 36101-0270

                            /s/ James B. Carlson_____
                            Of Counsel