IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV771-MHT |
| | ) | [WO] |
| HITACHI KOKI, USA, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the Motion for Extension of Time (Doc. #46), filed by the defendant on 4 May 2006, and for good cause, it is

ORDERED that the motion is GRANTED. On or before 25 May 2006, the defendant shall comply with this court's order of 25 April 2006 by providing the discovery request to the counsel for the plaintiff.

DONE this 8th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE