IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR GRIFFIN,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| vs. ) | CV-1:05CV771-M |
| ) | |
| **HITACHI KOKI, USA, LTD.,** ) | |
| ) | |
|     **Defendant.** ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Arthur Griffin, and Defendant, Hitachi Koki, USA, Ltd., by and through their attorneys of record, and hereby STIPULATE to the DISMISSAL WITH PREJUDICE of this entire action.

Date: August 7th, 2006.

                                            s/Christopher D. Glover
                                            Attorney for Plaintiff

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama 35203
(205) 324-3600
(205) 324-3636 Facsimile

                                            s/James B. Carlson
                                            Attorney for Defendant, Hitachi Koki, USA, Ltd.

**OF COUNSEL:**
James B. Carlson
Sirote & Permutt
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 7th day of August, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James B. Carlson
Sirote & Permutt
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
184 Commerce Street
Montgomery, AL 36101-0270

Rufus Smith
P.O. Drawer 6629
Dothan, AL 36302-0000

                                                s/Christopher D. Glover