IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


| | | |
|---|---|---|
| ARTHUR GRIFFIN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:05cv771-MHT |
| | ) | (WO) |
| HITACHI KOKI, USA, LTD., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### JUDGMENT

Pursuant to the stipulation for dismissal with prejudice (doc. no. 48), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of August, 2006.


     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE